UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| TERA JACKSON | ) |
| | ) CASE NO. 16-32693-DHW-13 |
| Debtor(s). | ) |

OBJECTION TO CONFIRMATION

Now comes ALABAMA STATE EMPLOYEES C.U., by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit: 2007 LEXUS ES350.

2. The collateral securing the debts of the creditor is grossly undervalued and/or the specified monthly payment is insufficient to provide this creditor with adequate protection against depreciation of its interest over the term of the plan. The plan proposes to value the collateral at $8,550.00 whereas the NADA retail value is $11,175.00.

3. The plan fails to provide an appropriate risk adjusted interest rate to be paid on the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5)(B)(ii). The plan proposes to pay interest at 0%. An appropriate risk adjusted interest rate should be between 4.5% and 6.5%.

4. The plan is not feasible. The specified payment for this Creditor is insufficient to pay the secured claim of this creditor over the term of the plan. The plan fails to meet the requirements of 11 U.S.C. Section 1325(a)(6).

WHEREFORE, ALABAMA STATE EMPLOYEES C.U., prays for an Order denying confirmation along with such further relief as the Court may deem proper.

ALABAMA STATE EMPLOYEES C.U.

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this November 12, 2016.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

TERA JACKSON
401 TAYLOR OAK CIRCLE APT 303
MONTGOMERY AL 36116

/s/ Leonard N. Math