**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| IN RE:<br><br>TERA JACKSON<br>SSAN: XXX-XX-4651<br><br>Debtor(s) | Case No. 16-32693-DHW<br>Chapter 13 |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 26, 2016.
2. The debtor(s) §341 Meeting of Creditors was held November 09, 2016.
3. The debtor(s) overall pay record is 75%.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

**(X)** Debtor was to amend the schedules to add a 2000 Chevy Impala.

**(X)** Debtor was to amend Schedule C to add exemptions, or create a "pot".

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this December 14, 2016.

Sabrina L. McKinney
Acting Chapter 13 Trustee

By: /s/*Sabrina L. McKinney*

Sabrina L. McKinney
Acting Chapter 13 Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: mckinneys@ch13mdal.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this December 14, 2016.

Copy to: DEBTOR(S)
RICHARD D SHINBAUM

/s/*Sabrina L. McKinney*

Sabrina L. McKinney
Acting Chapter 13 Trustee